```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 07045
   CHARLES L STEIN
   SUSAN STEIN                                CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-0439     SSN XXX-XX-9238

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/01/05 and confirmed on 05/23/05.

   2.  The case was dismissed after confirmation, 05/08/2008.

   3.  The Debtor paid a total of $  28650.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORT    CURRENT MORTG           .00            .00            .00
WELLS FARGO HOME MORT    MORTGAGE ARRE      20059.50            .00       20059.50
CITIFINANCIAL            SECURED                 .00            .00            .00
CITIFINANCIAL            MORTGAGE ARRE        500.00            .00            .00
FORD MOTOR CREDIT CO     SECURED VEHIC           .00         801.19            .00
NATIONAL CAPITAL MGMT LL SECURED            19225.00        4313.31            .00
INTERNAL REVENUE SERVICE PRIORITY                .00            .00            .00
PELLETTIERI & ASSOC      UNSECURED           4226.99            .00            .00
CAPITAL ONE FINANCIAL    UNSECURED          NOT FILED          .00            .00
MIDLAND CREDIT MGMT      UNSECURED          NOT FILED          .00            .00
PREMIER BANKCARD/CHARTER UNSECURED            246.80            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED            724.90            .00            .00
KEYNOTE CONS             UNSECURED          NOT FILED          .00            .00
YELLOW BOOK OF ILLINOIS  UNSECURED          NOT FILED          .00            .00
ST JOSEPH HOSPITAL       UNSECURED          NOT FILED          .00            .00
FORD MOTOR CREDIT CO     UNSECURED           8343.87            .00            .00
NATIONAL CAPITAL MGMT LL UNSECURED            186.47            .00            .00
INTERNAL REVENUE SERVICE UNSECURED              7.80            .00            .00
          Summary of disbursements:

                    SECURED      PRIORITY      UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  39784.50         .00       13736.83          .00      53521.33
PRINCIPAL PAID      20059.50         .00            .00          .00      20059.50
INTEREST PAID        5114.50         .00            .00          .00       5114.50
TOTAL PAID          25174.00         .00            .00          .00      25174.00
The Debtor's attorney, SCOTT J KOFKIN             , was allowed $   2700.00
and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $   1182.00 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                    /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE